IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HONG YAO and YAN QIN,**<br><br>                                    Plaintiffs,<br><br>v.<br><br>**STATE FARM FIRE AND CASUALTY COMPANY and FIRST AMERICAN TITLE INSURANCE COMPANY**<br><br>                                    Defendants. | **CIVIL ACTION**<br><br>**NO. 22-2873** |

## ORDER

**AND NOW**, this 13th day of December, 2022, it is hereby **ORDERED** that:

1. Defendant First American's Motion to Dismiss as to Count II, is **GRANTED** with prejudice and First American shall be dismissed from this case;

2. Defendant State Farm's Motion to Dismiss as to Counts I and II is **GRANTED** without prejudice and with leave to amend within fourteen (14) days; and

3. Plaintiffs' Motions for Summary Judgment are **DENIED** as moot.

                              **BY THE COURT:**

                              /s/ MICHAEL M. BAYLSON
                              _____
                              **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 22\22-2873 Qin et al v. State Farm et al\Qin Order - Motion to Dismiss 22-2873.docx